SETH LESTER, PLAINTIFF-PETITIONER, v. ELLIOTT BROS. TRUCKING CO., INC., DEFENDANT-RESPONDENT.

*Messrs. Mayer & Mayer* and *Mr. Mortimer Wald* for the petitioner.

*Mr. Henry M. Grosman* for the respondent.

January 17, 1955.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES ZIETKO, DEFENDANT-PETITIONER.

*Mr. Nicholas Martini* for the petitioner.

*Mr. Donald G. Collester* and *Mr. J. Bernard Saltzman* for the respondent.

January 17, 1955.   Denied.